CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorney for Defendant CHRISTINA BENNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BENNETT, et al.,<br><br>    Defendants. | Case No. 2:18-CR-00069-GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Candice L. Fields, attorney for defendant Christina Bennett, that the pretrial release conditions for Christina Bennett be modified as follows:

    14.    You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependence, as approved by the pretrial services officer. You must pay for all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

/ / /

All other conditions remain in effect.

Respectfully submitted,

Dated: May 9, 2018   /s/ Candice L. Fields
Candice L. Fields
Attorney for Defendant
CHRISTINA BENNETT

Dated: May 9, 2018   McGREGOR SCOTT
United States Attorney

/s/ Candice L. Fields
CANDICE L. FIELDS for
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON the stipulation of the parties, IT IS HEREBY ORDERED THAT that the conditions of pretrial release shall be modified to add the following condition:

14. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependence, as approved by the pretrial services officer. You must pay for all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of supervised release shall remain in effect.

IT IS SO ORDERED.

Dated: May 10, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

2   STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS
Case No. 2:18-CR-00069-GEB