1  Candice L. Fields, SBN 172174
   CANDICE FIELDS LAW
2  400 Capitol Mall, Suite 1620
   Sacramento, CA 95814
3  Tel:  (916)414-8050
   Fax: (916)790-9450
4  Email: cfields@candicefieldslaw.com

5  Attorney for Defendant
   CHRISTINA BENNETT
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              NO.   2:18-CR-00069-KJM

12               Plaintiff,

13        v.                               **NOTICE OF REQUEST AND REQUEST
                                           TO SEAL DOCUMENTS; ORDER**
14

15  CHRISTINA BENNETT, et al.,

16               Defendant.

17

18        Pursuant to Local Rule 141(b), defendant Christina Bennett, by and through her

19  undersigned counsel, seeks to file under seal a summary of her medical records. These records

20  contain medical and other personal identifying information about the defendant. Defendant

21  Bennett respectfully requests that these documents remain under seal until further Order of the

22  Court.

23        The aforementioned documents were electronically transmitted to the Court on February

24  6, 2023. Copies of the documents were also served on counsel for the government. In light of the

25  privacy interests at stake, the documents covered by the Request are being submitted without

26  service upon defendants William Bennett or Bridget Coilton, as the confidentiality of the medical

27  information contained therein outweighs their interest in access to that material.

28

                                        -1-

1          The documents for which sealing is requested have been paginated consecutively as "C.

2    Bennett 001-156." There are 156 submitted pages in total.

3          The Court possesses inherent authority to exercise its discretion to seal documents and set

4    appropriate limits upon access and files. L.R. 141(a); *Nixon v. Warner Communications*, *Inc.,*

5    435 U.S. 589, 598 (1978); *Hagestad v. Tragesser*, 49 F.3d 1434 (9th Cir. 1995).  In determining

6    whether to seal documents, the Court should consider the interests advanced by the parties

7    compared to the public interest and the duty of the courts.  *Nixon*, 435 U.S. at 602; *Hagestad,* 49

8    F.3d at 1434. Here, the defendant's interest in the privacy of her medical information outweighs

9    the public's right to information presented for the Court's consideration at her sentencing

10   hearing.

11   DATED:  February 6, 2023                    Respectfully submitted,

12

13                                               /s/ Candice L. Fields
                                                 CANDICE L. FIELDS
14                                               Attorney for Defendant
                                                 Christina Bennett
15

16

17

18                                         **ORDER**

19         Following review of the Request to Seal Documents and the documents sought to be

20   sealed, the Court hereby GRANTS the Request.

21         Documents bates-stamped "C. Bennett 001-156" shall be sealed and shall remain under

22   seal until further Order of the Court.

23   DATED:  February 14, 2023.

24

25   _____

26   CHIEF UNITED STATES DISTRICT JUDGE

27

28